```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:22-CR-00632-AKH-3
     -against-                      :
                                    :   ORDER
  Victor Molina Rodriguez           :
                                    :
     Defendant                      :
                                    :
------------------------------------X
```

Alvin K. Hellerstein, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's release conditions be modified to include the condition of mental health assessment and treatment under the guidance of Pretrial Services.

Dated: New York, New York
       November 22, 2022

SO ORDERED:

*/s/ Alvin K. Hellerstein*
Honorable Alvin K. Hellerstein
United States District Judge