UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
                                :    **ORDER**
            -against-           :
                                :    22 Cr. 632 (AKH)
                                :
VICTOR MOLINA RODRIGUEZ,        :
                                :
                    Defendant.  :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Victor Molina Rodriguez, having been found guilty after trial on Count One of Indictment 22 Cr. 632 on July 20, 2023, will be sentenced on November 1, 2023 at 11:00 a.m., in Courtroom 14D.  The Court instructs Probation to prepare a PSR.

        Defendant shall surrender to the custody of the United States Marshal Service, located at 500 Pearl Street, 4th Floor, on July 24, 2023, at 12:00 p.m.

        SO ORDERED.

Dated:      July 21, 2023                          ____/s/ Alvin Hellerstein_____
              New York, New York             ALVIN K. HELLERSTEIN
                                                             United States District Judge